## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THOMAS W. SAMMONS, | § | |
| | § | |
| Defendant Below, | § | No. 597, 2016 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1107004907 (K) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 16, 2017
Decided: August 16, 2017

Before **STRINE** Chief Justice; **SEITZ**, and **TRAYNOR**, Justices.

## O R D E R

This 16th day of August 2017, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Commissioner's October 13, 2016 Report and Recommendation as adopted by the Superior Court in its November 21, 2016 Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

Justice